# Court of Appeals
# of the State of Georgia

ATLANTA,  February 16, 2021

*The Court of Appeals hereby passes the following order:*

## A21I0121. COREY RITTER v. HELEN LOPEZ.

On December 30, 2020, the trial court entered an order in this legitimation action, which denied Corey Ritter's emergency motion to remove the custody evaluator and to strike the custody evaluation report. On January 13, 2021, the trial court entered a certificate of immediate review, and Ritter filed this application for interlocutory appeal. We, however, lack jurisdiction.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had. A timely certificate of immediate review is a jurisdictional requirement. See *Von Waldner v. Baldwin/Cheshire, Inc.*, 133 Ga. App. 23, 24 (2) (209 SE2d 715) (1974). If the certificate of immediate review is not entered within the prescribed ten-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal. See OCGA § 5-6-34 (b); *Duke v. State*, 306 Ga. 171, 178 (3) (a) (829 SE2d 348) (2019).

Here, the certificate of immediate review was issued 14 days after entry of the order on appeal. Accordingly, we lack jurisdiction to consider this application for interlocutory appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 02/16/2021
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*